UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:05-cr-00039 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER EXONERATING CASH |
| DENNIS BEGUELIN, ) | BOND AND UNSECURED BOND |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having posted the required property bond, secured by a Note and Deed of Trust,

IT IS HEREBY ORDERED that the $100,000.00 cash bond be exonerated and be returned to the surety, Charrise Beguelin, 122 E. Cambridge, Fresno, California 93704.

IT IS FURTHER ORDERED that the unsecured bond in the amount of $50,000.00 which was posted on February 22, 2005 be exonerated.


Dated: __June 2, 2005                    /s/ OLIVER W. WANGER
                                         OLIVER W. WANGER
                                         United States District Judge