**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Defendant DENNIS P. BEGUELIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DENNIS P. BEGUELIN,<br><br>  Defendant. | Case No. 1:05CR00039-01 OWW<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING**<br><br>CURRENT SENTENCING DATE:<br>  August 22, 2005<br>TIME:  1:30 p.m.<br>COURTROOM: Two<br>JUDGE: Hon. Oliver W. Wanger |

WHEREAS, Plaintiff THE UNITED STATES OF AMERICA and Defendant DENNIS P. BEGUELIN, through authorized counsel, have agreed to negotiate concerning the issues raised by this criminal litigation as explained in further detail in the Declaration of Robert D. Wilkinson In Support of Stipulation To Continue Sentencing Hearing; and

WHEREAS, counsel for the Plaintiff and Defendant believe that negotiation will narrow or resolve issues in dispute and save the parties and the Court substantial resources; and

WHEREAS, defense counsel needs a limited amount of additional time to prepare for the negotiations and the upcoming sentencing hearing due to a recent illness;

The parties hereto, by and through authorized counsel, hereby stipulate that the sentencing hearing currently scheduled for August 22, 2005, at 1:30 p.m., in Courtroom Two, before the Honorable Oliver W. Wanger, should be continued to September 19, 2005, at 1:30 p.m.,

in Courtroom Two.  The parties further stipulate that the dates for informal and formal objections to the Presentence Report will be calculated from the continued sentencing date.

DATED: July 27, 2005.

McGREGOR W. SCOTT
United States Attorney


By   /s/   Marlon Cobar
Marlon Cobar
Assistant U.S. Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: July 27, 2005.

BAKER, MANOCK & JENSEN


By   /s/   Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant DENNIS P. BEGUELIN

## ORDER

Upon consideration of the parties' Stipulation set forth above and the Declaration of Robert D. Wilkinson in Support of the Stipulation to Continue Sentencing Hearing, good cause having been shown in support of the Stipulation, THE COURT HEREBY ORDERS that the sentencing date in this matter currently scheduled for August 22, 2005, at 1:30 p.m., be continued until _September 19_, 2005, at 1:30 p.m., before this Honorable Court.  Good cause having been further shown, THE COURT FURTHER ORDERS that the dates for informal and formal objections to the Presentence Report will be calculated from the new sentencing date.


DATED:      August 3, 2005           _/s/ OLIVER W. WANGER
                                      Oliver W. Wanger
                                      U.S. District Court Judge

G:\docs\GLucas\Orders To Be Signed\05cr39.stip.wpd