# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America** <br> vs. <br> Dennis P. Beguelin | Case No. CR-F 05-0039 OWW |

FILED 2005 SEP -2 P 5:08
CLERK US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Dennis P. Beguelin_, have discussed with _Lydia J. Serrano_, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the following condition: You shall participate [p RDW] in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring - **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the [all RDW] Pretrial Services Officer.

All other conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_   8/30/2005            _[signature]_   8-30-05
Signature of Defendant   Date        Pretrial Services Officer   Date
Dennis P. Beguelin                   Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                        9/1/05
Signature of Assistant United States Attorney        Date
Marlon Cobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                        8/30/05
Signature of Defense Counsel                         Date
Robert Wilkinson

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _9-2-05_
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                        9-2-05
Signature of Judicial Officer                        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services