UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:05-cr-0039 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| **DENNIS BEGUELIN,** | ) | NOTE AND DEED OF TRUST |
| | ) | AND PASSPORT |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust, and Passport posted in this matter be returned to Charrise Beguelin, 31 E. Bedinger Road, Sequim, Washington 98382-9494.


Dated: _December 14, 2005            /s/ OLIVER W. WANGER_____
                                     OLIVER W. WANGER
                                     United States District Judge